# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TIMOTHY ARTHUR JAMES                                                            PLAINTIFF

v.                      Case No. 3:24-CV-00099-JM-JTK

SOCIAL SECURITY ADMINISTRATION,                          DEFENDANT
*Commissioner*

## **ORDER**

Pending before the Court is Plaintiff Timothy James's Motion for Leave to Proceed *In Forma Pauperis* (IFP). (Doc. No. 1) Mr. James states that he has no income or sources of support and that he has no financial obligations. Because it is unclear, the Court would like some explanation about how Mr. James is surviving without financial means or about his means of support from other individuals or entities. He should also inform the Court of his financial obligations, if any.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be completely destitute to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Id*.

The Court hereby directs Mr. James to provide some explanation as to his means of financial support and obligations owed, if any, within fourteen (14) days of the date of this Order.

SO ORDERED THIS 13th day of June, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE