IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIMOTHY AURTHUR JAMES                                                              PLAINTIFF

V.                                          3:24CV00099JM

LELAND DUDEK,
Acting Commissioner of Social Security                                       DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees, docket #18 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner represents that the parties have agreed to an award of fees and expenses in the amount of $6,300.00. Pursuant to 28 U.S.C. § 2412, the Court finds that the parties request is reasonable and Plaintiff is entitled to attorney's fees, costs and expenses in the amount of $6,300.00. These fees, costs and expenses should be payable directly to Plaintiff and mailed to his attorney. Plaintiff's motion is GRANTED as modified herein.

IT IS SO ORDERED this 19th day of March, 2025.

James M. Moody Jr.
United States District Judge